| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| ~~Eastern~~ District of __NY__ (State) |
| Case number (*If known*): _____ Chapter __11__ |

☐ Check if this is an amended filing

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2019 JAN 31  P 1:31

RECEIVED

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**   ~~ELISOL LLC~~

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    4 5 - 5 1 6 2 8 8 1

**4. Debtor's address**

Principal place of business

3 N Ravine Road
Number    Street

Great Neck, NY 11023
City    State    ZIP Code

Nassau
County

Mailing address, if different from principal place of business

_____
Number    Street

_____
P.O. Box

_____
City    State    ZIP Code

Location of principal assets, if different from principal place of business

564 Lafayette St
Number    Street

Broolklyn, NY 11
City    State    ZIP Code

**5. Debtor's website (URL)**    None

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    **ELISOL LLC**            Case number *(if known)*_____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☐ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br><br> ___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☒ Chapter 11. *Check all that apply:* <br>      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that). <br>      ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>      ☐ A plan is being filed with this petition. <br>      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☒ No <br> ☐ Yes.  District _____ When ___/___/___ Case number _____ <br>                                         MM / DD / YYYY <br>          District _____ When ___/___/___ Case number _____ <br>                                         MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☒ No <br> ☐ Yes.  Debtor _____ Relationship _____ <br>         District _____ When ___ / ___ / ___ <br>                                              MM / DD / YYYY <br>         Case number, if known _____ |

Debtor ___ELISOL LLC_____   Case number (if known)_____
      Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number      Street

    _____
    City                             State     ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | ELISOL, LLC. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☒ I have been authorized to file this petition on behalf of the debtor.
- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01-30-19
MM / DD / YYYY

X_____    SOLOMON  JACOBOWITZ
Signature of authorized representative of debtor    Printed name

Title PRESIDENT

**18. Signature of attorney**

X_____    Date _____
Signature of attorney for debtor    MM / DD / YYYY

Printed name

Firm name

Number    Street

City                                    State    ZIP Code

Contact phone                           Email address

Bar number                              State

**Fill in this information to identify your case and this filing:**

Debtor 1 __ELISOL LLC__
        First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: __Eastern__ District of __NY__

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 __564 Lafayette Street__
   Street address, if available, or other description

   __Brooklyn, NY  11206__
   City        State   ZIP Code

   __KINGS__
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☑ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? $__1.2 MIL__
   Current value of the portion you own? $__Ø__

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   __FEE SIMPLE__

   ☐ Check if this is community property (see instructions)

   If you own or have more than one, list here:

   1.2 _____
   Street address, if available, or other description

   _____
   City        State   ZIP Code

   _____
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? $_____
   Current value of the portion you own? $_____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   _____

   ☐ Check if this is community property (see instructions)

Fill in this information to identify the case:

Debtor name ___ELISOL LLC_____

United States Bankruptcy Court for the: __Eastern_____ District of __NY__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the Instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**   Current value of debtor's interest

2. Cash on hand   $ 10,000

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $ _____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $ _____ |

4. Other cash equivalents *(Identify all)*

   4.1. _____   $ _____
   4.2. _____   $ _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ _____

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit
   7.1. _____   $ _____
   7.2. _____   $ _____

Debtor  ELISOL LLC
      Name

Case number (if known)

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____  $_____

8.2. _____  $_____

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$_____

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**
☐ No. Go to Part 4.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ − _____ = ........→  $_____
                     face amount      doubtful or uncollectible accounts

11b. Over 90 days old: _____ − _____ = ........→  $_____
                 face amount      doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$_____

### Part 4: Investments

**13. Does the debtor own any investments?**
☐ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:  % of ownership:

15.1. _____  ____%  _____  $_____

15.2. _____  ____%  _____  $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $_____

16.2. _____  _____  $_____

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$_____

Debtor    ELISOL LLC
       Name

Case number (if known) _____

### Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**     $_____
    Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?
    - ☑ No
    - ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    - ☑ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    - ☑ No
    - ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| _____ | $_____ | _____ | $_____ |

Debtor ___ELISOL LLC_____     Case number (if known)_____
     Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                          $_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

39. **Office furniture**
    _____     $_____     _____     $_____

40. **Office fixtures**
    _____     $_____     _____     $_____

41. **Office equipment, including all computer equipment and communication systems equipment and software**
    _____     $_____     _____     $_____

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles
    42.1_____     $_____     _____     $_____
    42.2_____     $_____     _____     $_____
    42.3_____     $_____     _____     $_____

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                          $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor __ELISOL LLC_____     Case number (if known)_____
      Name

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ 0 | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ 0 | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ 0 | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $ 0 | _____ | $_____ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 0

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
- ☑ No
- ☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor ~~Name ELISOL LLC~~   Case number (if known) _____

## Part 9: Real property

54. Does the debtor own or lease any real property?
    - ☑ No. Go to Part 10.
    - ☐ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ 0 | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. Total of Part 9.                                                                                                                  $ 0
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. Is a depreciation schedule available for any of the property listed in Part 9?
    - ☑ No
    - ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    - ☑ No
    - ☐ Yes

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
    - ☐ No. Go to Part 11.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets<br>_____ | $ 0 | _____ | $ _____ |
| 61. Internet domain names and websites<br>_____ | $ _____ | _____ | $ _____ |
| 62. Licenses, franchises, and royalties<br>_____ | $ _____ | _____ | $ _____ |
| 63. Customer lists, mailing lists, or other compilations<br>_____ | $ _____ | _____ | $ _____ |
| 64. Other intangibles, or intellectual property<br>_____ | $ _____ | _____ | $ _____ |
| 65. Goodwill<br>_____ | $ 0 | _____ | $ _____ |

66. Total of Part 10.                                                                                                                 $ 0
    Add lines 60 through 65. Copy the total to line 89.

Debtor ___ELISOL LLC_____     Case number (if known)_____
     Name

---

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    - ☑ No
    - ☐ Yes
68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    - ☑ No
    - ☐ Yes
69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    - ☑ No
    - ☐ Yes

### Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☐ Yes. Fill in the information below.

          **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____
    _____   _____ − ___0___ = → $_____
              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____   Tax year _____ $___0_____
    _____   Tax year _____ $_____
    _____   Tax year _____ $_____

73. **Interests in insurance policies or annuities**
    _____   $___0_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____   $___0_____
    Nature of claim      _____
    Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____   $___0_____
    Nature of claim      _____
    Amount requested     $_____

76. **Trusts, equitable or future interests in property**
    _____   $___0_____

77. **Other property of any kind not already listed** Examples: Season tickets, country club membership
    _____   $___0_____
    _____   $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.   $___0_____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    - ☑ No
    - ☐ Yes

Debtor  ELISOL LLC
      Name

Case number (if known) _____

### Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $10,000 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ | |
| 83. Investments. *Copy line 17, Part 4.* | $ | |
| 84. Inventory. *Copy line 23, Part 5.* | $ | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ | |
| 88. Real property. *Copy line 56, Part 9.* ➔ | | $ |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ | |
| 91. Total. Add lines 80 through 90 for each column............ 91a. | $ | + 91b. $ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ................................................................ $10,600

**Fill in this information to identify your case:**

Debtor 1  ELISOL LLC
        First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of NY

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

                            *Column A*     *Column B*     *Column C*
                            Amount of claim     Value of collateral     Unsecured
                            Do not deduct the    that supports this    portion
                            value of collateral.    claim              If any

**2.1**
Creditor's Name: Melody Development
%Sheldon & Associates
Number Street: 255 Merrick Road
City/State/Zip: Rockville Center, NY

Describe the property that secures the claim:
3 Family

$ 1.5M     $ 1.7M     $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated ~~570~~
☒ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number ___ ___ ___ ___

**2.2**
Creditor's Name: _____
Number Street: _____
City ____ State ____ ZIP Code ____

Describe the property that secures the claim: _____

$ _____    $ _____    $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: $ _____

Official Form 106D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of ___

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In Re:

ELISOL  LLC

Case No.

Chapter  11

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 01-30-19.

X _____
Debtor              PRESIDENT.

_____
Joint Debtor

_____
Attorney for Debtor

Melody Development
%Sheldon May, & Associates
255 Merrick Road
Rockville Center, NY 11570

Case 8-19-70797-ast    Doc 1    Filed 01/31/19    Entered 01/31/19 13:50:36

Melody Development
%Sheldon May, & Associates
255 Merrick Road
Rockville Center, NY 11570